LATHAM & WATKINS LLP
  Robert D. Crockett (Bar No. 105628)
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:  213-485-1234
Facsimile:  213-891-8763                    E-FILED 03-26-10
                                            JS-6
Attorneys for Defendant
World Championship Sports Network, Inc., a
Delaware corporation


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


| | |
|---|---|
| LETSRUN.COM, LLC, a limited liability company,<br><br>                Plaintiff,<br><br>        v.<br><br>WORLD CHAMPIONSHIP SPORTS NETWORK, INC., a Delaware corporation,<br><br>                Defendant. | Case No. CV 09-3835 PSG(JCx)<br><br>Judge Philip S. Gutierrez<br><br>**JUDGMENT** |


        The Court, having granted partial summary judgment for the defendant as

to the first (breach of contract) and third (declaratory relief) causes of action, and the

parties stipulating to the dismissal of the second (breach of fiduciary duty) cause of

action, the Court

        ORDERS, ADJUDGES and DECREES that judgment is had for the

defendant WORLD CHAMPIONSHIP SPORTS NETWORK, INC., a Delaware

corporation, and the complaint is dismissed.


Dated:  3/25/10                              **PHILIP S. GUTIERREZ**

                                            United States District Court Judge